RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/21/05

# UNITED STATES DISTRICT COURT

RECEIVED
NOV 30 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| HOWARD J. PRESTON, JR. | * | CIVIL ACTION NO. 05-221 |
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision be REVERSED, and the claimant is awarded appropriate benefits commencing August 20, 2003.

Lafayette, Louisiana, this 20th day of December, 2005.

COPY SENT
DATE 12/21/05
BY ___
TO ___

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE